## SHANKS v. PINKSTON.

### No. 174.  Opinion Filed November 2, 1909.

On motion to re-tax costs.

*F. R. Brennon,* for movant.

PER CURIAM.  This is a motion filed in this court in this cause on September 1, 1909, to retax certain items of costs set forth in said motion.  As the fees taxed at which this motion is leveled are not fixed by law, it is our duty to pass upon the reasonableness of each charge and fix a reasonable fee for the service rendered.  In *Bohart v. Anderson, ante,* p. 82, this court in the syllabus said:

"When the compensation of an officer is not fixed by law at the time he renders a service, but it clearly appears that it was the intention of the law-makers that he should receive a reasonable compensation to be fixed by law, until it is so fixed he is entitled to a reasonable compensation to be determined by the proper tribunal."

In passing on the same, in order to determine the reasonableness of the various items of charge we have ascertained the fees allowed by law to be charged for like services by the clerks of the Supreme Court of the other states.

The following items set forth in the assailed cost bill are allowed to stand as taxed, and as to them the motion is overruled;

the remaining items taxed as cost and not herein allowed as modified are disallowed, and as to them the motion is sustained:

1908.

| | | |
|---|---|---|
| April 30, | To indexing, docketing, etc. | $ 3.00 |
| April 30, | To filing, entering petition in error | .25 |
| April 30, | To filing praecipe for summons in error | .25 |
| April 30, | To filing, entering and issuing summons in error | 1.00 |
| April 30. | To filing case-made | .25 |
| May 23. | To issue certificate of appeal | 1.00 |
| June 4, | To return summons showing service | .25 |
| Aug. 17, | To filing defts. motion to dismiss | .25 |
| Sept. 23, | To filing service not accepted, pl'ff briefs | .25 |
| Jan. 13, | J. E. overruling motion to dismiss | .50 |
| Jan. 13, | 2 notices | .50 |
| Feb. 17, | Reply of pl'ff to motion to dismiss | .25 |
| April 6, | Motion to advance cases | .25 |
| April 6, | Aff. as to facts, F. R. Brennan | .25 |
| April 13, | J. E. overruling motion to advance | .50 |
| April 13, | 2 notices | .50 |
| May 12, | J. E., submission | .50 |
| | Making and certifying fee bill | .50 |
| | Sheriff's costs | 4.75 |

For filing 15 copies of defendant's briefs. in lieu of the amount charged. a fee will be allowed of ........................................ .75

For issuing mandate, in lieu of the amount charged for filing same and furnished copy of syllabus, a fee will be allowed of 2.00

$17.75

Making the total amount of taxable costs herein less deposit of $15.00 ........................................................................ 15.00

Leaving amount due ...................................................... $ 2.75

In the further taxation of costs the following fees will, in the absence of further showing, be deemed to be reasonable:

| | |
|---|---|
| For filing petition in error | $ .25 |
| For filing case-made or transcript | .25 |
| For entering, indexing and docketing each cause and taxing costs | 3.00 |
| For entering each rule, motion, or pleading | .25 |
| For entering each order of the court upon any motion or rule, or entering interlocutory judgment | .50 |
| For administering an oath to each person | .25 |
| For administering an oath and giving certif. with seal | 1.00 |
| For entering each continuance | .25 |
| For making out and transmitting mandate | 2.00 |
| For making copies of any papers or records in the clerk's office, with or without certificates, for each 100 words | .10 |

For recording each order and bond, for each 100 words.................. .10
For making and certifying fee bill ............................................... .50
For filing any paper or instrument not herein included.................... .25
For issuing and transmitting notice to parties ................................. .25
For filing briefs in chief ............................................................ .75
Supplemental briefs (each party) ............................................... .50

The practice of filing separately each paper in the transcript or case-made and taxing a fee therefor is, in the opinion of this court, in conflict with Wilson's Rev. & Ann. Stat. 4739, and is disapproved.

All the Justices concur.